**Motion Granted; Dismissed and Memorandum Opinion filed April 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00194-CV

_____

### DREAMA PENNINGTON, Appellant

V.

**DOW CORNING CORPORATION, CHRIS ROBINSON MD, JAMES R. CULLINGTON MD, FRANCIS BURTON MD, SIMON FREDERICKS MD, TOLBERT WILKINSON MD, 21 INTERNATIONAL HOLDINGS FKA KNOLL INTERNATIONAL, MILTON ROWLEY MD, WESLEY WASHBURN MD, PRESTON CHANDLER MD, WILSHIRE FOAM PRODUCTS INC., ERNEST CRONIN MD, JAMES PETERSON MD, FRANK J. GEROW MD, BAXTER HEALTHCARE CORPORATION, GENERAL ELECTRIC COMPANY, DOW CHEMICAL COMPANY, Appellees**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 1992-25394EC

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On March 26, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App.

P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.